930

FEBRUARY 9, 1982

No. 81–625.   MISSOURI *v.* MCGEE [and other cases under this Court's Rule 19.4].   Sup. Ct. Mo.   Certiorari dismissed as to Bobby Joe McGee under this Court's Rule 53.

FEBRUARY 18, 1982

No. 81–924.   J. P. STEVENS EMPLOYEES EDUCATION COMMITTEE ET AL. *v.* DONOVAN, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR.   C. A. 4th Cir. Certiorari dismissed under this Court's Rule 53.

FEBRUARY 19, 1982

No. —— ——.   HALDEMAN, TRUSTEE OF LEHIGH VALLEY RAILROAD CO. *v.* UNITED STATES RAILWAY ASSN. ET AL.   Appeal from Sp. Ct. R. R. R. A. dismissed without prejudice, it appearing that the appeal would not be in the interest of an expeditious conclusion to the proceedings.

FEBRUARY 22, 1982

No. 81–1028.   WILLIAMS *v.* WILLIAMS.   Appeal from Sup. Ct. N. H. dismissed for want of substantial federal question.

No. 81–1048.   RAZATOS *v.* COLORADO.   Appeal from Sup. Ct. Colo. dismissed for want of substantial federal question.

No. 81–1104.   S. H. GOSS, INC., ET AL. *v.* PENNSYLVANIA DEPARTMENT OF AGRICULTURE.   Appeal from Pa. Commw. Ct. dismissed for want of substantial federal question.